IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SEARCY INDUSTRIAL PRODUCTS INC.**                              **PLAINTIFF**

V.                                   **4:21CV00486 JM**

**TENARIS GLOBAL SERVICES (U.S.A.)
CORPORATION; IPSCO TUBULARS INC;
And EXIROS USA CORPORATION**                                    **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the motion (ECF No. 16), this case is dismissed with prejudice. The trial scheduled for August 1, 2022 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 27th day of April, 2022.

_____
James M. Moody Jr.
United States District Judge